UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
CYNTHIA BATISTA, individually and on behalf of all others
similarly situated,                                              Civil Action No. 1:21-cv-08606

                      Plaintiff,

        -against-

MADE IN MEXICO UPTOWN CORP,
MADE IN MEXICO HARLEM CORP.,
HENRY BOURDIER, and ISMAEL GARCIA,

                      Defendants.
---------------------------------------------------------------------------X

## **WITHDRAWAL OF APPEARANCE**

      Katz Melinger PLLC, counsel for plaintiff Cynthia Batista, hereby informs the Court that Nicola Ciliotta will no longer be associated with the firm after November 5, 2021, and respectfully requests that the Court withdraw the appearance of Mr. Ciliotta in this matter, and that Mr. Ciliotta no longer receive notifications on this matter.

Dated:  New York, New York
         November 5, 2021

                                       KATZ MELINGER PLLC

                                       By: */s/ Nicola Ciliotta*
                                       Nicola Ciliotta
                                       280 Madison Avenue, Suite 600
                                       New York, New York 10016
                                       Telephone: (212) 460-0047
                                       Facsimile:  (212) 428-6811
                                       nciliotta@katzmelinger.com
                                       *Attorneys for Plaintiff*