UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA BATISTA, *individually and on behalf of all others similarly situated*,<br>                                                Plaintiff,<br><br>                        -v-<br><br>MADE IN MEXICO UPTOWN CORP, *et al.*,<br>                                                Defendants. | 21-CV-8606 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Defendants Made in Mexico Harlem Corp. and Made in Mexico Uptown Corp were served on October 22, 2021, and Defendants Henry Bourdier and Ismael Garcia were served on October 25, 2021. However, no appearances have been entered on Defendants' behalf, and no responses to the complaint have been filed in the allotted time. Plaintiff has not moved for a default judgment.

Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint. If Plaintiff fails by December 29, 2021, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

Plaintiff is directed to serve a copy of this order by mail on Defendants.

SO ORDERED.

Dated: December 13, 2021
        New York, New York

_____
J. PAUL OETKEN
United States District Judge