EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CYNTHIA BATISTA, individually and on behalf of all others
similarly situated,                                                      Civil Action No. 1:21-cv-08606

                              Plaintiff,

              -against-

MADE IN MEXICO UPTOWN CORP,
MADE IN MEXICO HARLEM CORP.,
HENRY BOURDIER, and ISMAEL GARCIA,

                              Defendants.
------------------------------------------------------------------------X

## **DEFAULT JUDGMENT**

This action having been commenced on October 20, 2021 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been duly served on defendants Made

in Mexico Uptown Corp. and Made in Mexico Harlem Corp. on October 22, 2021 and Henry

Bourdier and Ismael Garcia on October 25, 2021; and the proofs of service having been filed on

October 25, 2021 and December 9, 2021, respectively; and the defendants, who are not infants or

incompetent persons, having failed to appear, plead or otherwise defend in this action; and the

certificates of default having been entered by the Clerk of Court on February 4, 2022; and counsel

for Plaintiff having requested judgment against the defaulted defendants by filing a proper motion

with accompanying exhibits, in accordance with Federal Rules of Civil Procedure 55(b)(2); it is

hereby

ORDERED, ADJUDGED, and DECREED that:

Judgment is entered in favor of plaintiff and against defendants Made in Mexico Uptown

Corp., Made in Mexico Harlem Corp., Henry Bourdier, and Ismael Garcia, as follows:

In favor of Plaintiff Cynthia Batista in the amount of $325,558.75, plus prejudgment interest at 9% per year from August 26, 2018, the midpoint of Plaintiff's employment with Defendants, up to the date of the entry of judgment, totaling $_____, plus post-judgment interest pursuant to 28 U.S.C. §1961;

In favor of Katz Melinger PLLC in the amount of $_____ as and for costs and attorneys' fees, pursuant to Local Civil Rule 54.1.


SO ORDERED:

Date: _____, 2022


_____
Hon. J. Paul Oetken
United States District Judge