UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CYNTHIA BATISTA,

               Plaintiff,

                                                                      21 **CIVIL** 8606 (JPO)

        -against-                               **DEFAULT JUDGMENT**

MADE IN MEXICO UPTOWN CORP., et al.,

               Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated February 22, 2023, Plaintiff's motion for default judgment is GRANTED. Batista is awarded judgment against Defendants Made in Mexico Uptown Corp., Made in Mexico Harlem Corp., Henry Bourdier, and Ismael Garcia in the amount of: $325,558.75, plus prejudgment interest at 9% per year from August 26, 2018 (the midpoint of Plaintiff's employment with Defendants), to the date of judgment, in the amount of $131,811.16; plus $3,679.00 in costs and reasonable attorney's fees; accordingly, the case is closed.

**DATED**: New York, New York
             February 23, 2023

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                         **BY:**   *K. Mango*

                                                  **Deputy Clerk**