UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA BATISTA, *individually and on behalf of all others similarly situated*,

                              Plaintiffs,

-v -

MADE IN MEXICO UPTON CORP., *et al.*,
                              Defendants.

21-CV-8606 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    This action was filed on October 20, 2021. (ECF No. 1.) After Defendants failed to appear, this Court entered a default judgment on February 23, 2023. (ECF No. 38.)

    On July 21, 2023, Defendants, through counsel, sought to move by order to show cause for an order vacating the default judgment. (ECF Nos. 40 – 43.)

    Plaintiff shall file a response to Defendants' submissions on or before **August 17, 2023** explaining why the relief sought by Defendants should not be granted.

    SO ORDERED.

Dated: August 3, 2023
         New York, New York

                                                      _____
                                                             J. PAUL OETKEN
                                                    United States District Judge