UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA BATISTA, *individually and on behalf of all others similarly situated*,<br>                                           Plaintiffs,<br><br>                     -v-<br><br>MADE IN MEXICO UPTOWN CORP., *et al.*,<br>                                           Defendants. | 21-CV-8606 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　The Court held a telephone conference on October 6, 2023, during which the parties were heard on Defendant Garcia's request to vacate the default judgment entered in this case. For the reasons stated by the Court on the record, that motion is denied.

　　SO ORDERED.

Dated: October 6, 2023
　　　　New York, New York

_____
J. PAUL OETKEN
United States District Judge